BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
*Counsel for RDFN FUM Natural Products Ltd., and*
*RDFN FUM Natural Products Inc.*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-26-11022-hlb |
| RDFN FUM Natural Products Inc., | Chapter 15 |
| Foreign Debtor. | **CERTIFICATE OF SERVICE** |

I HEREBY CERTIFIY that on the 2nd day of March 2026, I caused to be served the following documents:

1. *Notice of Entry of Order Granting Provisional Relief Under Section 1519 of the Bankruptcy Code* [Docket No. 25]; and

2. *Request for Judicial Notice of CCAA Initial Order* [Docket No. 26]

☒ **By ECF System:**

BRETT A. AXELROD on behalf of Foreign Representative RDFN FUM NATURAL PRODUCTS LTD. baxelrod@foxrothschild.com, pchlum@foxrothschild.com; ahosey@foxrothschild.com; sglasco@foxrothschild.com; nv.dkt@foxrothschild.com

☒ **By United States First Class postage fully prepaid on March 3rd, 2026:**

I caused the foregoing documents to be sent to the parties listed on **Exhibit A** attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 3, 2026.

_____
*Patricia M. Chlum*
An employee of Fox Rothschild.com

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

182836960.1

1

**EXHIBIT A**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

182836960.1

Label Matrix for local noticing
0978-2
Case 26-11021-hlb
District of Nevada
Las Vegas
Mon Feb 23 17:53:08 PST 2026

RDFN FUM NATURAL PRODUCTS LTD.
4633 84 ST NW
CALGARY AB T3B 2R4 CANADA

United States Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101-5833

Abstrax Tech
1672 Reynolds Ave
Irvine, CA 92614-5710

Addy Riley
1000 Northwest Summit Drive
Bend, OR 97703-5401

Adopter Media, LLC
7495 West Azure Drive, Suite 110
Las Vegas, NV 89130-4433

Advanced Lighting Service
940 Empire Mesa Way
Henderson, NV 89011-1800

(p)STATE OF ALABAMA DEPARTMENT OF REVENUE
P O BOX 320001
MONTGOMERY AL 36132-0001

American Express Canada Inc.
222 Bay St Suite 2200
Toronto ON M5K 1E1
Canada

Arizona Department of Revenue
1600 West Monroe Street
Phoenix, AZ 85007-2650

Arkansas Dept. of Finance & Admin.
P.O. Box 9941
Little Rock, AR 72203-9941

Australia GST
Australian Taxation Office
PO Box 9003
NSW Penrith 02740 Australia

BFL Metal Products Co., Ltd.
Foshan Huayi Decoration
Materials City, Foshan China

Best Creation Technology
Shenzhen, Guangdong, China

CW Publishing
Capital House, 6th Floor
25 Chapel Street
London UK NW1 5DH

California Dept. of Tax & Fee Admin.
P.O. Box 942879
184.25, CA 94279

Cassels Brock & Blackwell LLP
Suite 3200, Bay Adelaide Centre
North Tower, 40 Temperance St.
Toronto ON M5H 0B4  Canada

Clearco Funding Inc.
100 King St W Suite 1600
Toronto, ON M5X 1A9

Colorado Department of Revenue
P.O. Box 17087
Denver, CO 80217-0087

Connecticut Dept. of Revenue Services
450 Columbus Blvd - Suite 1
Hartford, CT 06103-1837

DHL eCommerce
2700 South Commerce Pkwy, Suite 300
Fort Lauderdale, FL 33331-3630

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713-0002

Design 1st, Inc.
1840 Woodward Drive, Suite-1
Ottawa ON K2C 0P7
Canada

Epsilon Economics
111 S Wacker Drive, Suite 5001
Chicago, IL 60606-4418

Flexport International, LLC
100 California Street, 5th Floor
San Francisco, CA 94111-4505

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Google LLC
1600 Amphitheatre Pkwy.
Mountain View, CA 94043-1351

GrayRobinson, PA
Post Office Box 3068
Orlando, FL 32802-3068

Hawaii Department of Taxation
P.O. Box 259
Honolulu, HI 96809-0259

Hill &Foster Inc.
1112 9 St SW
Calgary AB T2R 1C4
Canada

Howard Employment Law
1385 West 8th Ave, Suite 400
Vancouver BC V6H 3V9
Canada

Humani HR Inc.
1400-18 King St E
Toronto ON M5C 1C4
Canada

Idaho State Tax Commission
P.O. Box 36
Boise, ID 83722-0410

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

(p)INDIANA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY
100 N SENATE AVE
INDIANAPOLIS IN 46204-2253

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)IOWA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY UNIT
PO BOX 10471
DES MOINES IA 50306-0471

J. J. Keller & Associates
3003 Breezewood Ln.
Neenah, WI 54956-9611

KPMG LLP
2200, 10175-101 Street
Edmonton AB T5J 0H3
Canada

Kansas Department of Revenue
P.O. Box 3506
Topeka, KS 66625-3306

Kentucky Department of Revenue
P.O. Box 5222
Frankfort, KY 40602-5222

Landsberg Orora, LLC
4775 W. Harmon Ave.
Las Vegas, NV 89103-5215

Loop Solutions Inc.
251, Little Falls Drive
Wilmington, DE 19808-1674

Louisiana Department of Revenue
617 North Third Street
Baton Rouge, LA 70802-5432

Maine Revenue Services
P.O. Box 1060
Augusta, ME 04332-1060

Maryland Comptroller of Maryland
80 West Street
Annapolis, MD 21401-2401

Massachusetts Dept. of Revenue
P.O. Box 7010
Boston, MA 02204-7010

Meta Platforms, Inc.
1 Hacker Way
Lansing, MI 48922-0001

Michigan Department of Treasury
430 West Allegan Street
Lansing, MI 48922-0001

Minnesota Department of Revenue
600 N Robert Street
Saint Paul, MN 55101

Mississippi Department of Revenue
P.O. Box 22808
Jackson, MS 39225-2808

Missouri Department of Revenue
301 West High Street
Jefferson City, MO 65101-1517

Money MX Consulting Group
1801-1 Yonge Street
Toronto ON M5E 1W7
Canada

Morrison & Foerster LLP
P.O. BOX 742335
Los Angeles, CA 90074-2335

(p)NEBRASKA DEPARTMENT OF REVENUE
ATTENTION BANKRUPTCY UNIT
PO BOX 94818
LINCOLN NE 68509-4818

Nevada Department of Taxation
1550 College Parkway, Suite 115
Carson City, NV 89706-7937

Nevada Department of Taxation
Bankruptcy Section
700 E. Warm Springs Rd. Ste. 200
Las Vegas, NV 89119-4311

New Jersey Division of Taxation
P.O. Box 999
Trenton, NJ 08646-0999

New Mexico Taxation & Revenue
P.O. Box 630
Santa Fe, NM 87504-0630

New York State Dept. of Taxation
W.A. Harriman Campus
Albany, NY 12227-0001

NoFraud LLC
228 Park Ave. S PMB 17422
New York, NY 10003-0103

North Carolina Dept. of Revenue
P.O. Box 25000
Raleigh, NC 27640-0640

North Dakota Office of State Tax
600 E Boulevard Ave.
Bismarck, ND 58505-0601


Ohio Department of Taxation
P.O. Box 530
Columbus, OH 43216-0530

(p)OKLAHOMA TAX COMMISSION
GENERAL COUNSEL S OFFICE
100 N BROADWAY AVE SUITE 1500
OKLAHOMA CITY OK 73102-8601

Paddy Kennedy
4/9 Elizabeth St,
Oakleigh East, Victoria 3166
Australia


Pennsylvania Department of Revenue
P.O. Box 280946
Harrisburg, PA 17128-0946

Prologis Management, LLC
3883 Howard Hughes Parkway, Suite 850
Las Vegas, NV 89169-5995

Ramp Business Corporation
28 W 23rd St, Floor 2
New York, NY 10010-5260


Red Points Solutions S.L.
Berlin 38, 1st floor
Barcelona 08029 Spain

Reddit, Inc.
548 Market Street, #16093
San Francisco, CA 94104-5401

Rhode Island Division of Taxation
One Capitol Hill
Providence, RI 02908-5803


Shedpoint Ventures, Lp
1212 34 Avenue Southeast
Calgary AB T2G 1V7
Canada

Shopify Inc.
151 O'Connor St.
Ottawa, ON K2P 2L8

Siena Labs Inc.
1209 Orange Street
Wilmington, DE 19801-1120


Simkins LLP
7-12 Tavistock Square
London WC1H 9LT UK

South Carolina Dept. of Revenue
P.O. Box 125
Columbia, SC 29214-0400

South Dakota Dept. of Revenue
445 E. Capitol Ave.
Pierre, SD 57501-3100


State of California Franchise Tax
Board Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Tennessee Department of Revenue
P.O. Box 20207
Nashville, TN 37202-4015

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528


Texas Workforce Commission
Regulatory Integrity Division - SAU
Room 556
101 E. 15th Street
Austin, TX 78778-0001

ThoughtLeaders, LTD
27 Carlabech St.
Tel Aviv 6713223 Israel

Transformative Legal, LLC
4160 N. Craftsman Court, Suite 204
Scottsdale, AZ 85251-3897


United States Trustee
300 Las Vegas Blvd, South, #4300
Las Vegas, NV 89101-5803

Utah State Tax Commission
210 N. 1950 W.
Salt Lake City, UT 84134-9000

Vermont Department of Taxes
133 State Street
Montpelier, VT 05633-1401


Virginia Department of Taxation
P.O. Box 2158
Richmond, VA 23218-2158

Washington Dept. of Revenue
P.O. Box 47474
Olympia, WA 98504-7474

Wayflyer Limited
28-32 Upper Pembroke Street
Dublin 2 Ireland

WebBank
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219-4100

West Virginia State Tax Dept.
P.O. Box 3784
Charleston, WV 25337-3784

Wisconsin Department of Revenue
P.O. Box 8901
Madison, WI 53708-8901

Wyoming Department of Revenue
122 West 25th St
Cheyenne, WY 82002-0001

ZonKeepers
55 Plaza Pde Suite 103
Lv 1, Tower 2
Maroochydore 04558 Australia

BRETT A. AXELROD
FOX ROTHSCHILD LLP
1980 FESTIVAL PLAZA DRIVE
STE 700
LAS VEGAS, NV 89135-2961

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Alabama Department of Revenue
50 North Ripley Street
Montgomery, AL 36130

Georgia Department of Revenue
1800 Century Boulevard NE
Atlanta, GA 30345

Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794

Indiana Department of Revenue
100 N Senate Ave
Indianapolis, IN 46204-2253

Iowa Department of Revenue
1305 E Walnut Street
Des Moines, IA 50319

Nebraska Dept. of Revenue
P.O. Box 94818
Lincoln, NE 68509-4818

Oklahoma Tax Commission
2501 N Lincoln Blvd.
Oklahoma City, OK 73194

Texas Comptroller of Public Accounts
P.O. Box 13528
Austin, TX 78711-3528

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Florida Department of Revenue
5050 W Tennessee St
FL 32339-0112

End of Label Matrix
Mailable recipients     95
Bypassed recipients      1
Total                   96